UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                            Case no: 2:09-cr-20225
                                                Judge : Cleland, Robert H.
                                                MJ. Komives, Paul J

SCOTT SAMONEK,

       Defendant.
_____/
US Attorney
Attorney for Plaintiff

LAW OFFICES OF G. WHITNEY MCRIPLEY, P.C.
BY: G. WHITNEY MCRIPLEY (P41150)
Attorney for Defendant
10640 Oak Park Blvd.
Oak Park, MI 48237
(248)398-4060
gwmatty@cs.com
_____/

<u>MOTION TO WITHDRAW AS COUNSEL</u>

       NOW COMES the Defendant's counsel, G. WHITNEY MCRIPLEY, counsel for Scott Samonek, and states the following:

       1. That I am the retained counsel for the Defendant in this matter presently pending before the US District Court.

       2. That at the time of this office\'s retention certain contractual agreements were made and certain agreements were likewise made in concerns to the defense of this matter.

       3. That since that time the agreements have not been adhered to and the Defendant seeks other options as to the defense of this matter.

4.  That furthermore other contractual obligations were not maintained.

5.  That there has been a breakdown of the attorney client relationship to the extent that this office's continued representation in this matter can not go forward but for a violation of the cannons of professional responsibility.

6.  That withdrawal as counsel for this defendant is requested and court appointed counsel is recommended in the discretion of the court.

7.  That I have contacted the assistant United States Attorney assigned to this matter as well as the defendant here and neither has an objection to this requested relief.

8.  That this defendant seeks the appointment of appointed counsel, Federal Defender's Office.

WHEREFORE the Defendant's Counsel, G. WHITNEY MCRIPLEY, prays unto this Honorable Court to grant his motion for all the foregoing reasons.

        Respectfully submitted,

        s/ G. Whitney McRipley
        _____
        LAW OFFICES OF G. WHITNEY MCRIPLEY, P.C.
        BY: G. WHITNEY MCRIPLEY (P41150)
        Attorney for Defendant
        10640 Oak Park Blvd.
        Oak Park, MI   48237
        (248)398-4060
        gwmatty@cs.com

Dated: June 7, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                        Case no: 2:09 cr 20225
                                              Judge: Cleleand, Robert H.
                                              MJ: Komives, Paul J

SCOTT SAMONEK,

          Defendant.
_____/

County of Oakland )
                    )ss
State of Michigan  )

## AFFIDAVIT OF G. WHITNEY MCRIPLEY

    I, G. Whitney McRipley, being duly sworn states the following:

    1. I am the attorney for Scott Samonek.

    2. That at the time of this office representation certain agreements were made concerning the representation of this defendant, to wit: as to his defenses and the contractual arrangements.

    3.  That there has now been a breach of this promises to the extent that this offices representation cannot continue.

    4. That there has been a breakdown of the attorney client relation to the extent that a violation of the code of conduct would occur if this representation was not terminated.

    Further deponent sayeth not.

                              s/ G. Whitney McRipley
                              _____
                              G. Whitney McRipley, Esq.

Subscribed and sworn to before me
this 15th day of Jnne, 2009

_____
Priscilla A. Gibbs, Notary Public
My commission expires: 9/11/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                Case no: 2:09cr-20225
                                    Judge: Cleland, Robert H.
                                    MJ: Komives, Pal J

SCOTT SAMONEK,

        Defendant.
_____/

### NOTICE OF HEARING/CERTIFICATE OF SERVICE

    TO:  Louis P. Gabel / Scott Samonek

    PLEASE TAKE NOTICE that the Defense Counsel's motion will come on to be heard on June 18, 2009 at 1:00 p.m. before the court of the magistrate or as soon thereafter as counsel can be heard.

                                s/ G. Whitney McRipley

    I certify that this on the 15th day of June, 2009 I caused to be served upon Louis Gabel of the US attorneys office and Scott Samonek the Defendant's counsel motion to withdraw, attachment , notice of hearing and certificate of service.

                                s/ G. Whitney McRipley